# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

ORLANDO VARGAS II

13 1404

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

CFCF / HOUSE OF CORRECTIONS
PHILA. PRISON HEALTH SVC,
MRS. MICHELLE FARRELL (WARDEN)
LOUIS GIALA (COMMISSIONER)

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            ORLANDO VARGAS II
            Street Address   1 MONTCLAIR LANE
            County, City     WILLINGBORO
            State & Zip Code NJ, 08046
            Telephone Number (215) 331-1632

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __C.F.C.F. / HOUSE OF CORRECTIONS__
Street Address __8001 STATE ROAD__
County, City __PHILA,__
State & Zip Code __PA, 19136__

Defendant No. 2
Name __PHILA, PRISON HEALTH SVC,__
Street Address ____
County, City ____
State & Zip Code ____

Defendant No. 3
Name __MRS, MICHELLE FARRELL (WARDEN)__
Street Address ____
County, City ____
State & Zip Code ____

Defendant No. 4
Name __LOVIS GIALA (COMMISSIONER)__
Street Address ____
County, City ____
State & Zip Code ____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions    ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __UNLAWFUL 3 MAN CELL INCARCERATION__
_____
_____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? HOUSE OF CORRECTIONS 8001 STATE ROAD, PHILA. PA, 19136

B. What date and approximate time did the events giving rise to your claim(s) occur? I BELIEVE OCTOBER, NOVEMBER, DECEMBER 2012, & JAN, 2013

C. Facts: I WAS IN A 3 MAN CELL IN H.O.C, BLOCK E-2 WITH MY CELLMATES "HECTOR SANCHEZ" AND "DURELL MATHEWS". DURELL MATHEWS SLEPT ON THE TOP BUNK ABOVE ME. HE COMPLAINED ALL THE TIME ABOUT THE CONDITIONS, CLEANLINESS OF LAUNDRY OF ME, EVEN THOUGH I KEPT MYSELF SHOWERED. ALWAYS WANTING TO FIST FIGHT. THREATENED ME WITH 190° HOT WATER TO THROW ON ME. RIGHT BEFORE THE PRISON FINALLY MOVED ME TO BLOCK G1 THEY BOTH (CELLMATES) WANTED TO JUMP ME. THEY WERE STEALING MY COMMISSARY, AND THREATENED TO THROW HOT WATER 190° ON ME. THEY SAID "I WAS TOO BIG TO FIGHT FAIR"!

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

Rev. 10/2009 - 3 -

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __MENTAL ANGUISH__

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. __$40,000 FOR ME LIVING IN CONSTANT FEAR!!!__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18TH day of MARCH, 20 13.

*NOTE! THIS IS NOT WHERE I AM LIVING. I AM HOMELESS LOST MY APT. WHILE INCARCERATED!! MY MOM'S ADDRESS ——>

Signature of Plaintiff _Orlando Vargas_
Mailing Address 1 MONTCLAIR LANE
WILLINGBORO, NJ.
08046
Telephone Number (215) 331-1632
Fax Number (if you have one) _____
E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 18TH day of MARCH, 20 13, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Orlando Vargas_
Inmate Number ——> 664375

Rev. 10/2009

-5-